UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62791-CIV-SMITH/REID

RUDOLPH WOODS,

    Petitioner,

vs.

DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge [DE 23], in which she recommends denying in part and dismissing in part Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [DE 1], denying a certificate of appealability, and closing the case. Petitioner has not filed objections to the Report of Magistrate Judge. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report of Magistrate Judge [DE 23] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [DE 1] is **DENIED as to claims one through six and DISMISSED as to claim seven.**

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) A certificate of appealability is **DENIED.**

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of February, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record